RECEIVED

APR - 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE  DIVISION**

Broussard                                    Civil Action No. 15-02856

versus                                       Judge Rebecca F. Doherty

Nalco Co                             Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the unopposed Motion To Dismiss Plaintiff's Complaint And Enforce The Parties' Agreement To Arbitrate Their Disputes filed by Nalco Co. [Rec. Doc. 8] be **GRANTED** and Plaintiff's action be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this ___4___ day of April, 2016.

Rebecca F. Doherty
United States District Judge